1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Maryhuong T. Truong

7

8           **UNITED STATES DISTRICT COURT**
            **CENTRAL DISTRICT OF CALIFORNIA**
9                  **SOUTHERN DIVISION**

10

11

12 MARYHUONG T. TRUONG,         ) Case No.: SACV 10-1355 AGR
                                )
13        Plaintiff,            ) ORDER OF DISMISSAL
                                )
14     vs.                      )
                                )
15 MICHAEL J. ASTRUE,           )
   Commissioner of Social Security, )
16                              )
          Defendant.            )
17 _____)

18
        The above captioned matter is dismissed with prejudice, each party to bear
19
   its own fees, costs, and expenses.
20
        IT IS SO ORDERED.
21
   DATE:   February 8, 2011      *(signature: alicia G. Rosenberg)*
22
                                 _____
23                               THE HONORABLE ALICIA G. ROSENBERG
                                 UNITED STATES MAGISTRATE JUDGE
24

25

26

-1-

1  DATE: February 8, 2011          Respectfully submitted,

2                                  LAW OFFICES OF LAWRENCE D. ROHLFING
                                        /s/ Brian C. Shapiro
3                              BY:_____
                                   Brian C. Shapiro
4                                  Attorney for plaintiff Maryhuong T. Truong

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-2-